**STATE of Missouri, Respondent,**

v.

**Christopher ARTIS, Jr., Appellant.**

**WD 77058**

Missouri Court of Appeals,
Western District.

Order filed: January 20, 2015

Gregory L. Barnes, Jefferson City, for Respondent

Rosalyn Koch, for Appellant

Before Division Two: Joseph M. Ellis, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

## *ORDER*

PER CURIAM:

Christopher Artis Jr. appeals his conviction of possession of a controlled substance with intent to distribute, section 195.211, RSMo Cum.Supp.2013, and sixteen-year sentence. In his two points on appeal, he contends that the trial court plainly erred in (1) failing to strike a portion of the prosecutor's closing argument and admonish the jury to disregard it, and (2) admitting testimony that laboratory examination showed the substance seized to be marijuana. Because a published opinion would

have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).